# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**ELIZABETH M. BARRETTE**,

        Plaintiff,

        v.                  Case No. **23-CV-1519**

**MARTIN O'MALLEY,**
**Commissioner of Social Security Administration**,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the parties' stipulation this matter shall be **remanded** back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Date: May 29, 2024

                                  Gina M. Colletti, Clerk of Court
                                  EASTERN DISTRICT OF WISCONSIN
                                  (By) Deputy Clerk, *s/Evan Romel*
                                  Approved this 29th day of May, 2024.

                                  *[signature]*
                                  WILLIAM E. DUFFIN
                                  United States Magistrate Judge